# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:08-CR-0228-RLH-PAL |
| vs. | ) | **O R D E R** |
| RAYMOND EARL RAFUS, | ) | |
| Defendant. | ) | |

Before this Court is the Report of Findings and Recommendation of United States Magistrate Judge (#48, filed August 26, 2009), entered by the Honorable Peggy A. Leen, regarding Defendant's Motion to Suppress Evidence (#10). Objections (#52) were filed to Magistrate Judge Leen's Report of Findings and Recommendation in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The Government filed a Response (#56) thereto, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation (#48, entered August 26, 2009) is ACCEPTED and ADOPTED, and Defendant Rufus's Motion to Suppress Evidence (#10) is denied.

Dated: October 27, 2009.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**