1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,             )
                                         )
9              Plaintiff,                )
                                         )
10     v.                                )    2:08-CR-228-RLH (PAL)
                                         )
11 RAYMOND EARL RAFUS,                   )
                                         )
12             Defendant.                )

13 **FINAL ORDER OF FORFEITURE**

14     On April 7, 2010, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p), based upon the plea of guilty by defendant RAYMOND EARL RAFUS to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant RAYMOND EARL RAFUS pled guilty.

     This Court finds the United States of America published the notice of the forfeiture via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 17, 2010 through May 16, 2010, notifying all known third parties of their right to petition the Court.

     This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.

3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2); Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section
7  2461(c); and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p); and Title 21, United
8  States Code, Section 853(n)(7) and shall be disposed of according to law:

9      a.    a Steyer, model M40, .40 caliber pistol, bearing serial number 017371;

10     b.    a Bryco Arms, model Jennings 9, 9mm handgun, bearing serial number
11          1418240;

12     c.    a Taurus, model PT140, .40 caliber handgun, bearing serial number
13          SYE82916;

14     d.    twenty-one (21) .40 caliber Smith and Wesson bullets;

15     e.    ten (10) 9mm Winchester bullets; and

16     f.    an *in personam* criminal forfeiture money judgment of $18,456.00 in U.S.
17          Currency.

18 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
19 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
20 as any income derived as a result of the United States of America's management of any property
21 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
22 according to law.

23 The Clerk is hereby directed to send copies of this Order to all counsel of record and three
24 certified copies to the United States Attorney's Office.

25 DATED this __14th__ day of __July__, 2010.

26

                                  _____
                                  CHIEF UNITED STATES DISTRICT JUDGE