# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RAYMOND EARL RAFUS,<br><br>　　　　　Defendant. | 2:08-CR-00228-RLH-PAL<br><br>**O R D E R**<br>(Motion Pursuant to § 2255–#95) |

　　　Before the Court is Defendant's **§2255 Motion to Vacate, Set Aside or Correct Sentence** (#95, filed May 10, 2012) and the Court will exercise its authority under that section to refer this matter to the United States Attorney for a response to the Motion.

　　　IT IS THEREFORE ORDERED that Defendant's **§2255 Motion to Vacate, Set Aside or Correct Sentence** (#95) is hereby REFERRED to the UNITED STATES ATTORNEY for a response  within forty-five (45) days of the entry this Order.  Defendant will then have fifteen (15) days thereafter to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

　　　DATED:  May 11, 2012.

_____
Roger L. Hunt
United States District Judge