UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          )<br>          Plaintiff,          )<br>          )<br>vs.          )<br>          )<br>RAYMOND EARL RAFUS,          )<br>          )<br>          Defendant.          )<br>_____) | 2:08-228-RLH-PAL<br><br>**O R D E R**<br>(Motion for Sentencing Minutes–#101) |

Before the Court is Defendant Rafus' Motion Requesting Sentencing Minutes (#101, filed November 14, 2012). Contrary to his motion, the Federal Public Defenders Office has confirmed that it has, indeed, sent Rafus a copy of the sentencing minutes. Accordingly, for good cause appearing,

IT IS HEREBY ORDERED that Defendant Rafus' Motion Requesting Sentencing Minutes (#101) is DENIED.

Dated: November 15, 2012.

_____
**Roger L. Hunt**
**United States District Judge**