UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>RAYMOND EARL RAFUS,<br><br>        Defendants. | Case No.: 2:08-cr-00228-RLH-PAL-1 |

**ORDER FOR RELEASE OF EXHIBITS**

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, **IT IS HEREBY ORDERED** that counsel shall have until 4:00 p.m. on August 7, 2017 to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If the exhibits are not retrieved by counsel prior to that date, the Clerk is authorized to destroy said exhibits on September 14, 2017.

**DATED** this ___7___ day of July, 2017.  _____

                                          Gloria M. Navarro, Chief Judge
                                          United States District Court

**NOTICE TO COUNSEL:** Please sign below to designate a member of your staff or a legal courier service to pick up the exhibits. Please note whether you represent plaintiff or defendant. I authorize_____ to retrieve *Plaintiffs's/Defendant's* exhibits.
                     (name)                                         (circle one)

Dated:_____        _____
                                                Signature of counsel

Plaintiff's exhibits received by: _____  Date:_____

Defendant's exhibits received by: _____  Date:_____